# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | Online Education - for Professionals Online - TITAN University |
| Capture URL: | https://titanuniversity.org/ |
| Page loaded at (UTC): | Wed, 12 Mar 2025 15:29:40 GMT |
| Capture timestamp (UTC): | Wed, 12 Mar 2025 15:30:13 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | draq4zuhf6rkYjUZcr9RvW |
| Display Name: | bgd |

PDF REFERENCE #:   5PqL3E6TFUJ7QzyfMEZSuH




## Commitment to Excellence

Advancing America's Workforce by Delivering Online Education

Pick A Course



### Our Mission

To revolutionize the way we learn through online education by seamlessly blending the convenience of on-demand learning with the effectiveness of live


Chat with us



### History of TU

We have a proven track record of providing quality online education to the public since 2013. By leveraging technology and Innovative Educational Content, we have been able to provide an unparalleled learning experience to thousands of learners.



### Our Vision

Empower America's workforce with cutting-edge learning environment. To offer the most convenient, Online education, current, informative, innovative and engaging resources to help learner's excel in their industry.

---

Document title: Online Education - for Professionals Online - TITAN University
Capture URL: https://titanuniversity.org/
Capture timestamp (UTC): Wed, 12 Mar 2025 15:30:13 GMT                                            Page 1 of 3







classroom education.

Read More

been able to provide an unparalleled learning experience to thousands of learners.

Read More

engaging resources to help learner's excel in their industry.

Read More

## Our Commitment to Excellence in Online Education

At Titan University, we believe that advancing America's workforce starts with high-quality, accessible education. Our online platform is designed to equip professionals with the skills, knowledge, and certifications needed in today's competitive job market. Specializing in safety, engineering, and project management courses, we make learning accessible to all, ensuring our students gain the expertise to thrive. Our courses are crafted to meet industry demands, delivered by expert instructors who bring real-world experience to each lesson.

Titan University is more than an educational institution; we're a community dedicated to building careers and enhancing workforce readiness. Join us as we shape a brighter, more skilled future for America.

## Our Commitment to Excellence in Online Education

At Titan University, we believe that advancing America's workforce starts with high-quality, accessible education. Our online platform is designed to equip professionals with the skills, knowledge, and certifications needed in today's competitive job market. Specializing in safety, engineering, and project management courses, we make learning accessible to all, ensuring our students gain the expertise to thrive. Our courses are crafted to meet industry demands, delivered by expert instructors who bring real-world experience to each lesson.

Titan University is more than an educational institution; we're a community dedicated to building careers and enhancing workforce readiness. Join us as we shape a brighter, more skilled future for America.








BLOG   TRADE PARTNERS

CONTACT   CAREERS

SERVICES   PROJECTS   EDUCATION   COMPANY

EDUCATION

QUALITY CONTROL (QC) MANAGER

SITE SAFETY & HEALTH OFFICER (SSHO)

ENVIRONMENTAL MANAGER (EM)

OCCUPATIONAL HEALTH AND SAFETY SPECIALIST

CERTIFIED CONSTRUCTION MANAGER TEST PREP