UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TITAN CONTINUING EDUCATION, INC.,**

    **Plaintiff,**

    vs.                              **Case No. 8:25-cv-618**

**TITAN UNIVERSITY, LLC,**
**TITAN CONSULTANTS &**
**ENGINEERS, LLC, and**
**PATRICK GANT, an individual,**

    **Defendants.**
_____/

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

**X**     IS NOT related to any pending or closed civil or criminal case file with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Date: March 17, 2025

/s/ *Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Lead Counsel
Brian J. Paul
Florida Bar No. 1018684
**SHUTTS & BOWEN, LLP**
4301 W. Boy Scout Boulevard
Suite 300
Tampa, Florida 33607
wpollack@shutts.com
bpaul@shutts.com
Telephone: (813) 229-8900
Facsimile: (813) 229-8901