UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TITAN CONTINUING EDUCATION, INC.,**

    Plaintiff,

    vs.                               Case No. 8:25-cv-618

**TITAN UNIVERSITY, LLC,**
**TITAN CONSULTANTS &**
**ENGINEERS, LLC, and**
**PATRICK GANT, an individual,**

    Defendants.
_____/

## NOTICE OF SETTLEMENT

      Pursuant to L.R. 3.09, Plaintiff, Titan Continuing Education, Inc., notifies the Court that the Parties have reached a settlement that should fully resolve this case, subject to the right of any party to move the Court within 60 days thereafter (or within such other period of time as the Court may specify) for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Date: May 8, 2025

                                                    */s/ Woodrow H. Pollack*
                                                    Woodrow H. Pollack
                                                    Florida Bar No.: 26802
                                                    Lead Counsel
                                                    Brian J. Paul
                                                    Florida Bar No. 1018684
                                                    **SHUTTS & BOWEN, LLP**
                                                    4301 W. Boy Scout Boulevard
                                                    Suite 300
                                                    Tampa, Florida 33607

wpollack@shutts.com
bpaul@shutts.com
Telephone: (813) 229-8900
Facsimile: (813) 229-8901