AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District Tampa_____ on the following

☒ Trademarks or   ☐ Patents . ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:25-cv-618-WFJ-LSG | DATE FILED<br>3/14/2025 | U.S. DISTRICT COURT<br>Tampa |
|---|---|---|
| PLAINTIFF<br><br>Titan Continuing Education, Inc. | | DEFENDANT<br><br>Titan University, LLC<br><br>Titan Consultants & Engineers, LLC<br><br>Patrick Grant |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached |

| CLERK<br>Elizabeth Warren | (BY) DEPUTY CLERK<br>Ashleigh Levi | DATE<br>5/8/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TITAN CONTINUING EDUCATION,
INC.,

     Plaintiff,

v.                                                              Case No: 8:25-cv-618-WFJ-LSG

TITAN UNIVERSITY, LLC, TITAN
CONSULTANTS & ENGINEERS, LLC
and PATRICK GANT,

     Defendants.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 8)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2025.

                       s/*William F. Jung*
                       **WILLIAM F. JUNG**
                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record